# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-15-00663-CR
NO. 03-15-00664-CR
NO. 03-15-00665-CR

**Selestino Aguilar, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF MCCULLOCH COUNTY, 452ND JUDICIAL DISTRICT
NOS. 5943, 6047 & 6048, HONORABLE ROBERT R. HOFMANN, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Selestino Aguilar seeks to appeal three judgments of conviction from the trial court. The trial court has certified that (1) the cases are plea bargain cases and Aguilar has no right of appeal, and (2) Aguilar waived the right of appeal in each case. The appeals are dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Jurisdiction

Filed: November 20, 2015

Do Not Publish